# IN THE UNITED STATES DISTRICT COURT OF APPEALS
# ELEVENTH DISTRICT OF FLORIDA

**CASE NO. 13-11455**

**DORIS THEWS,**

    **Plaintiff/Appellant,**

vs.

**WAL MART STORES, INC.**

    **Defendant/Appellee.**

_____/

## APPELLANT'S MOTION TO STAY RULING ON APPELLEE'S MOTION FOR FEES AND EXPENSES

The Appellant, DORIS THEWS, hereby requests that this Court stay its ruling on Appellee, WAL-MART STORES, INC.'s, filed June 11, 2014.

1. On or about June 11, 2014, this Honorable Court entered its final mandate in favor Appellee, WAL-MART STORES, INC. and against Appellant, DORIS THEWS.

2. Currently, Appellant, DORIS THEWS, has a period of ninety (90) days from this Honorable Court's decision dated June 6, 2014 in which to seek leave from the United States Supreme Court for further appellate review. See United States Supreme Court Rule of Practice 13(3).

3. Appellant intends on seeking such further appellate review.

4. Appellant seeks to preserve client and judicial resources by deferring ruling on Appellee's Motion for Fees and Expenses.

WHEREFORE, Appellant, DORIS THEWS, respectfully requests that this Honorable Court defer ruling on Appellee, WAL-MART STORES, INC.'s Motion for Fees and Expenses in light of Appellant, DORIS THEWS', pending appellate action and/or to preserve client and judicial resources.

Dated this 13th day of June, 2014.

    Respectfully Submitted,

*/s/ Billie Jo Belcher*
Carolyn M. Salzmann, Esq.
Florida Bar No.: 0497118
Billie Jo Belcher, Esq.
Florida Bar No.: 0539678
The Salzmann Firm, PLLC
1245 West Fairbanks Avenue
Suite 200
Winter Park, Florida  32789
Phone: (407) 423-4560
Fax:    (407) 278-4002
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail, this 13th day of June, 2014, to: Thomas Valdez, Esq., Quintarios, Prieto, Wood & Boyer, P.A., 4905 W. Laurel Street, Suite 200, Tampa, Florida 33607, tvaldez@qpwblaw.com.

    _____
    Billie Jo Belcher, Esq.
    Florida Bar No.: 0539678